1  Yosef Peretz (SBN 209288)
   yperetz@peretzlaw.com
2  David Garibaldi (SBN 313641)
   dgaribaldi@peretzlaw.com
3  PERETZ & ASSOCIATES
   100 Pine Street, Suite 1250
4  San Francisco, CA 94111
   Tel: 415.732.3777
5  Fax: 415.732.3791

6  Attorneys for Plaintiff JAMES MURPHY

7

8  **UNITED STATES DISTRICT COURT**
   **EASTERN DISTRICT OF CALIFORNIA**

9

| | |
|---|---|
| JAMES MURPHY, an individual | Case No. 2:25-CV-02890-WBS-AC |
| Plaintiff, | |
| v. | **STIPULATED REQUEST TO CONTINUE INITIAL SCHEDULING CONFERENCE AND ORDER** |
| PABCO BUILDING PRODUCTS, LLC., a limited liability corporation; RYAN LEADINGHAM, an individual; and DOES 1-20, | |
| Defendants. | |

## **STIPULATION**

The parties HEREBY STIPULATE AND AGREE that the Initial Scheduling Conference currently scheduled for February 9, 2026 before Senior District Judge William B. Shubb in Courtroom 5 of this Court be continued until May 4, 2026 at 1:30 p.m. due to an unforeseen scheduling conflict requiring Plaintiff's counsel to attend trial in another unrelated matter on the initial date. The Parties have obtained May 4, 2026 as an acceptable alternate date from the courtroom clerk.

IT IS SO STIPULATED BY COUNSEL OF RECORD:

DATED:  January 7, 2026                          PALMER KAZANJIAN WOHL HODSON LLP

                                                         BY:  /s/ Larry M. Kazanjian
                                                               LARRY M. KAZANJIAN
                                                               CHRISTOPHER F. WOHL
                                                               HALLIE R. SPAULDING
                                                               Attorneys for Defendants
                                                               PABCO BUILDING PRODUCTS, LLC and
                                                               RYAN LEADINGHAM

DATED:  January 7, 2026                          PERETZ & ASSOCIATES

                                                          By:  /s/ Yosef Peretz
                                                             YOSEF PERETZ
                                                              DAVID GARIBALDI
                                                              Attorney for Plaintiff
                                                              JAMES MURPHY

### **SIGNATURE ATTESTATION**

Pursuant to Local Rule 123, I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED:  January 7, 2026                          PERETZ & ASSOCIATES

                                                          By:  /s/ Yosef Peretz
                                                             YOSEF PERETZ
                                                              DAVID GARIBALDI
                                                              Attorney for Plaintiff
                                                              JAMES MURPHY

### **ORDER**

Pursuant to this Stipulation and good cause appearing, the Initial Scheduling Conference scheduled for February 9, 2026 is hereby vacated.  An Initial Scheduling Conference shall be held on **May 4, 2026 at 1:30 p.m.** before Senior District Judge William B. Shubb in Courtroom 5 of

1  this Court. A joint status report shall be filed no later than **April 20, 2026** in accordance with the

2  Court's Order Re: Status (Pretrial Scheduling) Conference filed October 7, 2025  (Docket No. 16).

4      IT IS SO ORDERED.

5  Dated:  January 8, 2026

                        WILLIAM B. SHUBB
                        UNITED STATES DISTRICT JUDGE